UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. 4:19-cr-00220 |
| | § | |
| OCAL JOHN MILLER | § | |

DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING

TO:  HONORABLE ALFRED H. BENNETT, PRESIDING
UNITED STATES DISTRICT JUDGE

Ocal John Miller, Defendant, by and through Counsel, Clay S. Conrad, pursuant to Rule 32 (b)(2) F. R. Cr. P., moves this Court to reschedule the sentencing hearing presently scheduled for December 12, 2019:

1. The Defendant has an important sentencing witness, Warren Diepraam, who is out of the country and will not be back in time for sentencing.

2. The Defendant requests a sentencing postponement until early January, 2020.

WHEREFORE, Defendant prays for a continuance of sentencing in this case.

Respectfully submitted,

___*Clay S. Conrad*___
Clay S. Conrad
TBA # 00795301
LOONEY & CONRAD, PC
11767 Katy Frwy, Suite 740

                                              **Houston, Texas 77079**
                                              **(281) 597-8818 (Office)**
                                              **(281) 597-8284 (Telefax)**
                                              [csconrad@looneyconrad.com](mailto:csconrad@looneyconrad.com)

## CERTIFICATE OF CONFERENCE

Counsel certifies that on December 3, 2019 the undersigned communicated with A.U.S.A. Sherri Zack via Email concerning this Motion, and she announced that she was UNOPPOSED to the relief requested.

                                              _____*Clay S. Conrad*_____
                                                  **Clay S. Conrad**
                                            **Counsel for the Defendant**

## PROOF OF SERVICE

A true and correct copy of this document was duly served upon A.U.S.A. Sherri Zack via email at the time of e-filing with the Clerk of the Court.

                                              _____*Clay S. Conrad*_____
                                                  **Clay S. Conrad**
                                            **Counsel for the Defendant**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | & | |
| | & | |
| vs. | & | Criminal No. 4:19-cr-00220 |
| | & | |
| **OCAL JOHN MILLER** | & | |

# O R D E R

The Court has before it the Defendant's unopposed motion for a continuance of the sentencing hearing in this case, and the Motion shall be, in all things, GRANTED.

The Clerk will notify Counsel and the Government of the new date for sentencing.

**IT IS SO ORDERED.**

**SIGNED this \_\_\_\_ day of December, 2019.**

_____
**Honorable Alfred H. Bennett**
**United States District Judge**